## MOTION DOCKET

**88–717. State v. Tyler.**
Cuyahoga App. No. 51696. Upon consideration of appellant's motion to continue stay of execution,

IT IS ORDERED by the court that the motion to continue stay be, and hereby is, granted for a period of thirty days from the date of this entry.